FILED
2026 Aug-21 PM 01:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JALON D. JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 7:26-cv-852-EGL-JHE** |
| | ) | |
| **OFFICER C. WILLIAMS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The action is before the Court upon the Report and Recommendation submitted by the United States Magistrate Judge assigned to this matter. *See* Doc. 4. After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 4) to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED,** and the Court **DISMISSES** this case for failure to prosecute.

**DONE** and **ORDERED** this 21st day of August, 2026.

**EDMUND G. LACOUR JR.**
UNITED STATES DISTRICT JUDGE